UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**SHERMAN WRIGHT, on behalf of himself and others similarly situated,**

    Plaintiff,

-vs-

**THE KROGER CO.,**

    Defendant.

_____

Case No. 1:19-CV-761

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Court approves the Settlement Agreement and orders that it be implemented according to its terms and conditions. This action is dismissed with prejudice. The Parties are to bear their respective attorneys' fees and costs except as provided in the Settlement Agreement. The Court retains jurisdiction over this Action for the purpose of enforcing this Settlement Agreement.

Date:  September 10, 2020

RICHARD W. NAGEL, CLERK

By: s/E.Hiltz

E. Hiltz, Deputy Clerk